562 U.S. 1079, 131 S. Ct. 634, 178 L. Ed. 2d 510, 2010 U.S. LEXIS 9315.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 582 F.3d 686.

**No. 09-9754. Vernon Daniels, Petitioner v. United States.**

562 U.S. 1079, 131 S. Ct. 635, 178 L. Ed. 2d 510, 2010 U.S. LEXIS 9096.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 345 Fed. Appx. 514.

**No. 09-9839. Kevaris Cornelius Edgecomb, Petitioner v. United States.**

562 U.S. 1079, 131 S. Ct. 635, 178 L. Ed. 2d 510, 2010 U.S. LEXIS 9091.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 359 Fed. Appx. 84.

**No. 09-10178. Justin L. Robertson, Petitioner v. United States.**

562 U.S. 1079, 131 S. Ct. 635, 178 L. Ed. 2d 510, 2010 U.S. LEXIS 9210.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 09-10189. Marco Antonio Cordero, Petitioner v. United States.**

562 U.S. 1079, 131 S. Ct. 635, 178 L. Ed. 2d 510, 2010 U.S. LEXIS 9233.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 360 Fed. Appx. 33.

**No. 09-10205. Terasence Steven Mitten, Petitioner v. United States.**

562 U.S. 1079, 131 S. Ct. 635, 178 L. Ed. 2d 510, 2010 U.S. LEXIS 9225.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 592 F.3d 767.

**No. 09-10261. Edward Basley, Petitioner v. United States.**

562 U.S. 1079, 131 S. Ct. 635, 178 L. Ed. 2d 510, 2010 U.S. LEXIS 9142.

November 29, 2010. Petition for writ of certiorari to the United States Court of

Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 357 Fed. Appx. 455.